I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO PRO SE LITIGANTS AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD ON THE FILED DATE.

Anel Huerta, Deputy Clerk

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WILLOWS, <br><br> Plaintiff, <br><br> vs. <br><br> SELECT PORTFOLIO SERVICING, INC., <br><br> Defendant. | ) CASE NO. CV 15-05586 MMM (JEMx) <br> ) <br> ) <br> ) JUDGMENT FOR DEFENDANT <br> ) |

On December 7, 2015, the court entered an order dismissing Willows' Truth in Lending Act ("TILA") claim with prejudice. The court declined to exercise supplemental jurisdiction over Willows' state law claims. Consequently,

IT IS ORDERED AND ADJUDGED

1.  That plaintiff take nothing by way of his claim for violation of TILA; and
2.  That the clerk is directed to remand the remaining claims to the Santa Barbara Superior Court forthwith for further proceedings.

DATED: December 7, 2015

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE